JS-6

1
2
3
4
5
6
7

# THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ACADEMY AWNING, INC., | Case No. 2:16-CV-01969 AB (JEM) |
|---|---|
| Plaintiff, | Order of Dismissal, With Prejudice |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY, et al., | |
| Defendants. | |

1  A Stipulation of Dismissal has been presented to the Court. That
2  stipulation, which has been entered into by all of the parties to this action,
3  requests that this action be dismissed, with prejudice. After consideration of
4  that stipulation, IT IS HEREBY ORDERED that this action is dismissed, with
5  prejudice.

7  Dated:  March 27, 2017  _____
                                    United States District Judge